UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re: PAUL LESLIE GREER and
LAURA ANN WALSH (GREER)

---

PAUL LESLIE GREER and LAURA ANN WALSH (GREER),

Plaintiffs,

v.

HSBC MORTGAGE SERVICES, INC., JOHN DOES, JANE DOE, JIM DOE, WHITNEY GROFF, ALDRIDGE CONNORS, L.L.P.,

Defendants.

Case No.: **11-19477-NLW**

Adv. No.: **12-01717-NLW**

Hearing Date: **June 17, 2013**

Judge: **Novalyn L. Winfield**

Order Filed on 06/19/2013 by Clerk U.S. Bankruptcy Court District of New Jersey

## ORDER GRANTING SUMMARY JUDGMENT AND DISMISSING COMPLAINT WITH PREJUDICE

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: 06/19/2013**

_____
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In Re:

PAUL LESLIE GREER and
LAURA ANN WALSH (GREER)

   Debtor,

_____

PAUL LESLIE GREER and
LAURA ANN WALSH (GREER)

   Plaintiffs,

v.

HSBC MORTGAGE SERVICES, INC.,
WHITNEY GROFF, and ALDRIDGE
CONNORS, LLP,

   Defendants.

CHAPTER 13

BANKR. NO. 11-19477/NLW

ADV. NO. 12-1717-NLW

**ORDER ON MOTION OF DEFENDANT HSBC MORTGAGE SERVICES, INC. FOR SUMMARY JUDGMENT**

AND NOW this _____ day of _____, 2013, upon consideration of the Motion of Defendant, HSBC Mortgage Services, Inc. ("HSBC"), for Summary Judgment, and the response thereto, it is hereby ORDERED that:

   (1) the Motion is GRANTED;

   (2) Summary Judgment is ENTERED in favor of HSBC; and

   (2) Plaintiff's Complaint is DISMISSED with prejudice.

_____
JUDGE NOVALYN L. WINFIELD
UNITED STATES BANKRUPTCY JUDGE

# 1720925

*Approved by Judge Novalyn L. Winfield June 19, 2013*