**LAURA WALSH & PAUL L. GREER, JR.**
364 Knickerbocker Road, Englewood New Jersey 07631
Telephone 917-797-7930

8/19/2013

Laura Walsh
364 Knickerbocker Road
Englewood NJ 07631

The Honorable Novalyn L. Winfield
US Bankruptcy Court, New Jersey District
50 Walnut Street, 3rd Floor
Newark, New Jersey 07102

RE: PAUL LESLIE GREER and LAURA ANN WALSH V HSBC MORTGAGE SERVICES
ADVERSARY PRO. NO.: 12-01717

Dear Judge Winfield,

We are the Plaintiffs in the above captioned matter and the non-moving party in the Motion for Summary Judgment which was granted for HSBC Mortgage Services by the Honorable Court in its Order dated June 19, 2013.

Plaintiffs' Motion for Reconsideration is currently before the Honorable Court and the subject of a Hearing scheduled for September 3, 2013.

We respectfully petition the Honorable Court to provide Plaintiffs with the findings of fact and conclusions of law pursuant to Fed. R. Bankr. P. 7052 on the Summary Judgment Motion.

In addition, Plaintiffs are formally requesting the Honorable Court grant us the opportunity to make oral arguments at the scheduled Hearing.

Thank you.

Sincerely,

Laura Walsh
Pro Se, Plaintiff

Cc: David Somers, Esq., Counsel for HSBC Mortgage Services
    Marie Ann Greenberg, Standing Trustee
    James J. Waldron, Clerk
    Virginia Fortunato, Esq., Counsel for Debtors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**PAUL LESLIE GREER, JR. and
LAURA WALSH (GREER)**
364 Knickerbocker Rd
Englewood, New Jersey
07631
Telephone: 917-797-7930

*Pro Se Debtors/Plaintiffs*

| | |
|---|---|
| In Re:<br><br>**PAUL LESLIE GREER and<br>LAURA ANN WALSH<br>(GREER),** | Case No. 11-19477-NLW<br><br>Chapter: 13<br><br>Hearing Date:<br><br>Judge: Novalyn L. Winfield |
| **PAUL LESLIE GREER and<br>LAURA ANN WALSH (GREER),**<br><br>Plaintiffs,<br><br>v.<br><br>**HSBC MORTGAGE SERVICES, INC.,<br>JOHN DOE, JANE DOE, JIM DOE**<br><br>Defendants. | Adv. Pro. No.: 12-01717<br><br>**PLAINTIFFS' CERTIFICATION OF SERVICE LETTER REQUESTING HONORABLE COURT PROVIDES FINDINGS OF FACT AND CONCLUSIONS OF LAW PERSUANT TO FED. R. P. 7052** |

**CERTIFICATION OF SERVICE**

1. I, <u>Laura Walsh</u>:

    ☑ am the Plaintiff in the above case and am representing myself.

2. On August 22, 2013, I sent a copy of the following pleadings and/or documents to the parties listed in the below via UPS certified mail service to:

The Honorable Novalyn Winfield

Via USPS regular mail to:
David Somers, Esq – Attorney for Defendants
Marie Ann Greenberg – Standing Trustee
James J. Waldron, Clerk
Virgina Fortunato, Esq – Attorney for Debtors in Bankruptcy

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: August 22, 2013